UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PepsiCo, Inc.,

        Plaintiff(s),                        Case No.

v.                                                Judge

Intrastate Distributors, Inc.,            Magistrate Judge

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Plaintiff, PepsiCo, Inc., _____

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: April 6, 2010                  /s/ Kathleen A. Lang
                                                 Kathleen A. Lang
                                                 P34695
                                                 Dickinson Wright, PLLC
                                                 500 Woodward Avenue
                                                 Suite 4000
                                                 Detroit, Michigan 48226
                                                 313-223-3500
                                                 klang@dickinsonwright.com